# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
**Rasdaniel Elijah Rollie**

Case No: **4:08CR3178-2**
USM No: **22503-047**

Date of Original Judgment: **07/16/2009**
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

**Clarence E. Mock**
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **168** months **is reduced to** **135 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

**Filings 247 and 248 are granted as provided herein.**

Except as otherwise provided, all provisions of the judgment dated **07/16/2009** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **05/08/2012**

**s/ Richard G. Kopf**
*Judge's signature*

Effective Date: **05/08/2012**
*(if different from order date)*

**Richard G. Kopf, Senior United States District Judge**
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Rasdaniel Elijah Rollie
CASE NUMBER: 4:08CR3178-2
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __33__        Amended Total Offense Level: __31__
Criminal History Category: __III__        Criminal History Category: __III__
Previous Guideline Range: __168__ to __210__ months        Amended Guideline Range: __135__ to __168__ months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS