IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3178 |
| V. | ) | |
| LATRAIL L. TAYLOR, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to appoint counsel (filing 263) is denied.

DATED this 2nd day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge